UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDELTA HOME CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY HOME CARE, INC. <br><br> Defendant. | No. 2:18-cv-01491 <br><br> **ORDER GRANTING JOINT MOTION FOR STAY OF LITIGATION** |

Before the Court is the parties' Joint Motion to Stay Litigation, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LCR 7(d)(1). Dkt. 5. The parties seek a ninety (90) day stay of all discovery and pretrial deadlines pending settlement negotiations. Dkt. 15.

The underlying lawsuit concerns trademark infringement related to the alleged use of Fedelta's protected trade names, or those strikingly similar, by Defendant Fidelity in conjunction with providing home healthcare services in the Seattle, Washington area. The parties are currently negotiating a settlement agreement, which includes renaming and rebranding efforts by Defendant. Dkt. 15, p. 1. The parties contend, and the Court agrees, that a stay is in the parties' and the Court's best interests to ensure efficiency and to ensure the parties adequate opportunity to potentially resolve their dispute before incurring additional and substantial legal fees involved in the discovery process.

Accordingly, it is **ORDERED**:

1)  The joint motion to stay (Dkt. 15) is **GRANTED**;

2)  This case, including any pending deadlines, is **STAYED** for ninety days—**Thursday May 9, 2019**. If this case settles, plaintiff's counsel shall notify Agalelei Elkington at (206) 370-8421 or via e-mail at: Agalelei_elkington@wawd.uscourts.gov, as soon as possible.

3)  If the parties are unable to resolve their dispute by **May 10, 2019**, the Court will issue a scheduling order consistent with the parties' Joint Status Report (Dkt. 14) and set this matter for a bench trial beginning on December 9, 2019.

DATED this 7th day of February, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

By *s/ Hans P. Juhl*

By *s/ Madison M. Burke*

    Hans P. Juhl, WSBA #33116
    Madison M. Burke, WSBA #51250
    1201 Third Avenue, Suite 3400
    Seattle, Washington 98101-3034
    Telephone: (206) 464-4224
    Facsimile: (206) 583-0359
    juhl@ryanlaw.com
    burke@ryanlaw.com

   ***ATTORNEYS FOR PLAINTIFF***

LAW OFFICE OF CHRISTON C. SKINNER, P.S.

By *s/ Patrick L. Hinton*

    Patrick L. Hinton, WSBA #31473
    791 S.E. Barrington Drive
    Oak Harbor, Washington 98277
    Telephone: (360) 679-1240
    patrick@skinnerlaw.net

   ***ATTORNEYS FOR DEFENDANT***