UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDELTA HOME CARE, INC.,

           Plaintiff,

   v.

FIDELITY HOME CARE, INC.,

           Defendant.

CASE NO. 2:18-cv-1491-BAT

**ORDER OF DISMISSAL**

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs (Dkt. 17); and the Court being fully advised in the premises; now, therefore,

IT IS **ORDERED, ADJUDGED AND DECREED** that this case is dismissed with prejudice and without costs.

DATED this 12th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL - 1